**Order entered August 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01401-CR

**ELIZABETH CLEMONS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F10-73435-Y**

## ORDER

The Court **GRANTS** the State's August 19, 2013 motion for extension of time to file the State's brief.

We **ORDER** the State to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/    LANA MYERS
       JUSTICE